E-FILED
Tuesday, 01 May, 2007  02:13:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court

FILED
MAY 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

___CENTRAL___ DISTRICT OF ___ILLINOIS___

UNITED STATES OF AMERICA

v.

CRIMINAL COMPLAINT

AARON ROBERT KEWISH,
TOM M. KAZUBOWSKI, a/k/a Lumpy,
TIMOTHY R. PORTER,
ALAN M. GUTIERREZ, and
RONALD EUGENE BELL

CASE NUMBER: 07-6409

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

### CONSPIRACY TO DISTRIBUTE COCAINE AND MARIJUANA

From at least October 2004, through at least March 29, 2007, in Kewanee, Henry County, in the Central District of Illinois, and elsewhere, the defendants,

AARON ROBERT KEWISH,
TOM M. KAZUBOWSKI, a/k/a Lumpy,
TIMOTHY R. PORTER,
ALAN GUTIERREZ, and
RONALD EUGENE BELL,

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and marijuana, a Schedule I Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

I further state that I am a Special Agent, Drug Enforcement Administration, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

S/Russell Coulter

_____
Signature of Complainant
Russell Coulter, Special Agent
Drug Enforcement Administration

- 2 -

Sworn to before me and subscribed in my presence,

May 1, 2007      at      Davenport, Iowa

Date                                   City and State

Thomas J. Shields
United States Magistrate Judge      S/Thomas J. Shields

Name & Title of Judicial Officer          Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT

Russell A. Coulter, first being duly sworn upon oath, deposes and states as follows:

1. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been so employed since January 1997. I have been involved in an investigation with agents from the Blackhawk Area Drug Task Force (BADTF), Muscatine County Drug Task Force (MCDTF), and the Quad City Metropolitan Enforcement Group (QCMEG). I have concluded based on the facts set forth below, that Aaron Robert Kewish, Tom M. Kazubowski, a/k/a "Lumpy," Timothy R. Porter, Alan M. Gutierrez, and Ronald Eugene Bell have been distributing cocaine and marijuana in the Central District of Illinois and elsewhere, and had conspired with others to do so. Based on the investigation conducted by myself and other federal, state and local police officers, I am aware of the facts set forth below:

2. Cooperating Defendant Number One, hereafter referred to as "CD1," has a pending drug charge in Muscatine County, Iowa. CD1 agreed to cooperate with agents and has provided information that has been investigated and determined to be accurate.

3. CD1 purchased cocaine from Ronald Bell for at least the past 18 months. CD1 purchased either nine or 18 ounces of cocaine approximately every two weeks from Bell during this time period. CD1 contacted Bell by telephone to arrange the transactions. CD1 would travel to Bell's residence in Galva, Illinois. Bell and CD1 would then drive to a residence in Kewanee, Illinois, to pick up the cocaine from another individual. CD1 paid approximately $6,000 for nine ounces of cocaine and approximately $11,500 for 18 ounces of cocaine.

4. CD1 advised that on two occasions within the past three months, Bell took CD1 to meet with Tom Kazubowski in Kewanee, Illinois. On both occasions, CD1 purchased approximately nine ounces of cocaine from Kazubowski.

5. On or about March 19, 2007, at the direction of agents from the MCDTF and the BADTF, CD1 participated in a controlled purchase of cocaine from Bell. CD1 was equipped with a concealed recording device and was provided with $6,000 of prerecorded United States Currency. During a recorded telephone call to Bell, CD1 arranged to meet with him at the Farm and Fleet store in Muscatine, Iowa, to purchase nine ounces of cocaine for $6,000. After the telephone call, BADTF members observed Bell drive to Kazubowski's residence in Kewanee, Illinois. Once at the residence, Kazubowski entered Bell's vehicle and they drove to the Farm and Fleet store in Muscatine, Iowa. Bell exited his vehicle, entered CD1's vehicle, and gave CD1 approximately nine ounces of cocaine in exchange for $6,000. Prior to and after the controlled purchase CD1 was searched to verify that CD1 was not in possession of contraband. Agents maintained visual surveillance of CD1 immediately before, during, and after the controlled purchase.

6. On or about March 29, 2007, at the direction of agents from the MCDTF and the BADTF, CD1 participated in another controlled purchase of cocaine from Bell. CD1 was equipped with a concealed recording device. During a recorded telephone call to Bell, CD1 arranged to meet him at the Farm and Fleet store in Muscatine, Iowa, to purchase one kilogram of cocaine for $21,000. Bell later advised CD1 that Aaron Kewish would be making the delivery. Agents observed Kewish travel from I-280 in Rock Island County, Illinois, to the Farm and Fleet store in Muscatine, Iowa. While in the Farm and Fleet parking lot, Kewish delivered approximately one kilogram of cocaine to CD1 and was subsequently arrested. Prior to and after the controlled purchase, CD1 was searched to verify that CD1 was not in possession of contraband. Agents maintained visual surveillance of CD1 immediately before, during, and after the controlled purchase.

7.  Following his arrest, Kewish agreed to speak with agents after being advised of his *Miranda* warnings. Kewish stated that he obtained the seized cocaine from a male Hispanic, later identified as Alan Gutierrez. Kewish then directed agents to Gutierrez's residence located at 2015 16th St., Rock Island, Illinois.

8.  On or about March 29, 2007, agents from the QCMEG executed a state search warrant at 2015 16th Street, Rock Island, Illinois. Gutierrez was present at the residence at the time of the search. During the search, agents seized approximately one pound of marijuana, 16 grams of psilocybin mushrooms, and two grams of cocaine. Agents also seized two wrappers which were similar in appearance to those used to package kilogram quantities of cocaine. Residue on the wrappers field-tested positive for the presence of cocaine. A cocaine press was also found in the residence. Based upon your affiant's training and experience, this kind of press is used to reshape cocaine into kilogram bricks after cutting agents are added to increase the volume of the cocaine. The press field-tested positive for the presence of cocaine. Agents also seized $18,550 in United States Currency.

9.  On or about March 29, 2007, agents from the BADTF arrested Tom Kazubowski on state charges related to the March 19, 2007, controlled purchase. Following his arrest, Kazubowski agreed to speak with agents after being advised of his *Miranda* warnings. Kazubowski admitted to his role in the March 19, 2007, controlled purchase. He stated that he traveled to the Quad Cities with Aaron Kewish and Timothy Porter to obtain the cocaine involved in the March 19, 2007, controlled delivery. He stated that they obtained the cocaine from Kewish's source. Kazubowski also admitted that he was aware that Kewish delivered a kilogram of cocaine to a subject in Muscatine, Iowa, on March 29, 2007. Kazubowski said that he provided $6,000 towards the purchase of the cocaine involved in the March 29, 2007 controlled delivery, and was

to receive $7,000 back from Kewish after the deal.

10. Also on March 29, 2007, Kazubowski consented to the search of his residence. BADTF agents searched 900 Rockwell St., Kewanee, Illinois, and located approximately nine ounces of cocaine, approximately one-half pound of marijuana, and white powder believed to be Inositol, a common cocaine cutting agent. Two assault-type rifles were also seized from the residence, one of which was a Bushmaster, BAR-10 .308 semi automatic rifle which was reported as stolen on February 7, 2006 from Armalite Inc. in Geneseo, Illinois.

11. On or about March 29, 2007, Timothy Porter agreed to speak with agents after being advised of his *Miranda* warnings. Porter told agents that he has purchased personal use amounts of cocaine from Kewish. Porter said that Kewish asked him to arrange a large purchase of cocaine from Gutierrez, who is an acquaintance of Porter's. Porter admitted to arranging two transactions between Gutierrez and Kewish. The first was in or about February of 2007, when Porter, Kewish, and Kazubowski went to Gutierrez's residence in Rock Island, Illinois, and purchased one-half kilogram of cocaine. The second transaction was on or about March 27, 2007, when Porter and Kewish went to Gutierrez's residence in Rock Island, Illinois, and purchased another one-half kilogram of cocaine. Porter said that the purchase price for one-half kilogram of cocaine was approximately $9,000. Porter said he received approximately one-sixteenth ounce of cocaine on each occasion for arranging each purchase.

12. Also on March 29th, 2007, Porter consented to the search of his residence located at 615 N.E 3rd Avenue, Galva, Illinois. Agents located approximately one-half pound of marijuana in the residence. Porter admitted he has purchased quarter-pound quantities of marijuana from Gutierrez.

13. On or about March 29, 2007, Ronald Bell was arrested on state charges related to the

March 19, 2007, controlled purchase. Following his arrest, Bell agreed to speak with agents after being advised of his *Miranda* warnings. Bell admitted to his role in the March 19, 2007, controlled purchase. He also admitted to arranging and being present for drug transactions between CD1 and Kazubowski on six or seven occasions over the past year.

14. Confidential Source Number One, hereinafter referred to as "CS1," agreed to cooperate with agents and has provided information that has been investigated and determined to be accurate.

15. CS1 stated that he has purchased cocaine and marijuana from Gutierrez since the fall of 2004 through at least the summer of 2006. Gutierrez fronted the cocaine to CS1 and the transactions took place at a residence in Kewanee, Illinois.

16. Gutierrez also directed CS1 to travel to different locations to pick up kilograms of cocaine. On one occasion, CS1 picked up approximately two kilograms of cocaine from an individual in Kewanee, Illinois, and delivered the drugs to Gutierrez. On several other occasions, CS1 picked up one kilogram of cocaine from an individual in East Moline, Illinois. CS1 added cutting agents to the cocaine and repackaged the drugs into kilogram bricks using a press provided by Gutierrez.

20. In or about February of 2006, Gutierrez directed CS1 to travel to Flagstaff, Arizona, and pick up one kilogram of cocaine from two individuals. CS1 was instructed by Gutierrez to test the cocaine for purity by cooking a gram into crack cocaine. CS1 then shipped the kilogram of cocaine to Gutierrez via Fed-Ex or UPS to an address in East Moline, Illinois.

21. CS1 also transported kilogram quantities of cocaine and marijuana to Peoria, Illinois, for Gutierrez. Over a one year period, CS1 delivered approximately one kilogram of cocaine and approximately 20 pounds of marijuana per month.

22. For approximately two months in 2004, CS1 delivered approximately one kilogram of cocaine and 10 to 20 pounds of marijuana every two weeks to Kewanee, Illinois, for Gutierrez. CS1 collected payment for the drugs and provided the money to Gutierrez.

                                                    S/Russell Coulter
                                                    RUSSELL COULTER
                                                    SPECIAL AGENT,
                                                    DRUG ENFORCEMENT
                                                    ADMINISTRATION

Sworn to before me and subscribed in my presence this 1st day of May, 2007.

S/Thomas J. Shields
---
THOMAS J. SHIELDS
UNITED STATES MAGISTRATE JUDGE