E-FILED
Tuesday, 15 May, 2007  09:48:24 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

vs.

**WARRANT FOR ARREST**

RONALD EUGENE BELL,

CASE NO. 07-6409

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest _Ronald Eugene Bell_ and bring him forthwith to the nearest magistrate to answer a Complaint, charging:

**CONSPIRACY TO DISTRIBUTE COCAINE AND MARIJUANA**

From at least October, 2004, through at least March 29, 2007, at Kewanee, in Henry County, in the Central District of Illinois, and elsewhere, the defendants,

**AARON ROBERT KEWISH,
TOM M. KAZUBOWSKI, a/k/a Lumpy,
TIMOTHY R. PORTER,
ALAN GUTIERREZ, and
RONALD EUGENE BELL,**

did conspire with each other and with other persons to knowingly and intentionally distribute and possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, and marijuana, a Schedule I Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

| Thomas J. Shields | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| S/Thomas J. Shields | May 1, 2007, Davenport, Iowa |
|---|---|
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __Pre-trial Detention__ by __Thomas J. Shields, U.S. Magistrate Judge__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at: Henry County

| Date Received | 05/03/07 | Name of Arresting Officer | Russ Coulter | Signature of Arresting Officer |
|---|---|---|---|---|
| Date of Arrest | 05/03/07 | Title of Arresting Officer | DEA | S/L. Hollis |